IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| JULIUS ANDERSON, | No. CV 08-2480 CTB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| O. TOWNE; et al., | |
| Defendants. | |

The Court STAYS its Order entered January 29, 2010 (see Docket No. 17), while it considers plaintiff's motion for leave to file a Sixth Amended Complaint. Therefore, plaintiff shall not comply with the submission requirements described in Part IV of the Court's January 29, 2010 Order until ordered to do so by the Court.

DATED: February 24, 2010

*Carlos Bea*
**Hon. Carlos T. Bea**
U.S. Court of Appeals for the
Ninth Circuit, sitting by
designation