IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,          No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

    Defendants.      ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On March 26, 2010, the court ordered the United States Marshal to serve the complaint on defendants. (Docket No. 23.) Process directed to defendants Veal and Hubbard was returned unserved because plaintiff failed to provide an address for those defendants. (Docket No. 24.) Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms,

1

1 along with an instruction sheet and a copy of the Sixth Amended Complaint filed on February 16, 2010 (Docket No. 19);

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Three copies of the endorsed Sixth Amendment Complaint filed on February 16, 2010; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: June 24, 2010

                              /s/ Carlos T. Bea
                              CARLOS T. BEA
                              United States Circuit Judge,
                              sitting by designation

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10      JULIUS ANDERSON,
11            Plaintiff,                    No. 2:08-cv-02480-CTB
12      vs.
13      O. TOWNE; et al.,                   <u>NOTICE OF SUBMISSION</u>
14            Defendants.                   <u>OF DOCUMENTS</u>
15      _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17      order filed _____:
18            _____       completed summons form
19            _____       completed USM-285 forms
20            _____       copies of the _____
                                         Complaint/Amended Complaint
21      DATED:
22
23                                          _____
                                                         Plaintiff
24
25
26