IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                                    No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

    Defendants.                                 <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On March 26, 2010, the court ordered the United States Marshal to serve the complaint on defendants. (Docket No. 23.) Process directed to defendants Martin Veal and Susan Hubbard was returned unserved because plaintiff failed to provide an address for those defendants. (Docket No. 24.) On June 25, 2010, the court ordered plaintiff to provide additional information to serve these defendants and to "promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff." (Docket No. 27.) On August 18, 2010, plaintiff sought intervention of the court to obtain the address for defendants Veal and Hubbard. (Docket No. 30.) Attached

1

was an unanswered letter dated July 3, 2010, which was addressed to the Administrator/Personnel Records at the California Department of Corrections and Rehabilitation and requested such information pursuant to "CA Gov't. Code 6250 to 6268."

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' counsel is directed to file under SEAL with the Clerk, within sixty days from the date of this order, the address information for defendants Veal and Hubbard. Pursuant to Local Rule 141, the document containing the address information shall be emailed to the Clerk's secure email address of ApprovedSealed@caed.uscourts.gov, whereupon the Clerk shall file the document under SEAL.

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. Three copies of the endorsed Sixth Amendment Complaint filed on February 16, 2010 (if not previously provided); and

    b. One completed summons form (if not previously provided).

3. After all such information is received by the court, the Clerk will be directed in a separate order to complete the two USM-285 forms and forward them to the U.S. Marshal for service.

DATED: September 23, 2010

/s/ Carlos T. Bea

CARLOS T. BEA
United States Circuit Judge,
   sitting by designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON, | |
|     Plaintiff, | No. 2:08-cv-02480-CTB |
| vs. | |
| O. TOWNE; et al., | NOTICE OF SUBMISSION |
|     Defendants. | OF DOCUMENTS |
| _____/ | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ copies of the _____
                               Complaint/Amended Complaint

DATED:

                                                    _____
                                                    Plaintiff