IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                                No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

    Defendants.                        <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On July 3, 2010, plaintiff served a Request for Production of Documents, Request for Admissions, and Request for Interrogatories on defendants Towne, Zepeda, Swan, Brida, and Mandeville. The parties agreed defendants would respond by September 30, 2010. Defendants submitted their Response to Plaintiff's Request for Production of Documents and Response to Plaintiff's Request for Admissions on September 30, 2010. Based on the documents filed with the court, defendants have not yet submitted a Response to Plaintiff's Requests for Interrogatories.

      On October 13, 2010, plaintiff filed a Motion for an Order Compelling Discovery on the grounds that defendants had not yet produced any documents, and that plaintiff objected to defendants' response to two requests for production of documents. (Docket #33). On October 22, 2010, defendants filed an

Opposition to the Motion for an Order Compelling Discovery as to three separate motions.  (Docket #38, 39, 40).  However, the court is aware of only one pending motion.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  Plaintiff shall file a declaration specifying the dates upon which he claims he served each (if more than one) Motion for an Order Compelling Discovery, with a copy of each such motion attached.

    2.  Defendants shall file a declaration specifying the dates upon which they received each (if more than one) Motion for an Order Compelling Discovery, with a copy of each such motion attached, and the dates upon which defendants served each (if more than one) Opposition to such motion(s), with a copy of each such opposition attached.

DATED: October 28, 2010

/s/ Carlos T. Bea

CARLOS T. BEA
United States Circuit Judge,
   sitting by designation