IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

        Plaintiff,                No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

        Defendants.         ORDER & WRIT OF HABEAS CORPUS
_____/    AD TESTIFICANDUM

        Julius Anderson, inmate # K-33896, a necessary and material witness in a settlement conference in this case on May 31, 2011, is confined in California Medical Facility, 1600 California Drive, Vacaville, California 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nandor J. Vadas at California State Prison, Solano (CSP-SOL), 2100 Peabody Road, Vacaville, California 95696 on May 31, 2011 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        3. The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-To-Court Desk, California State Prison, Solano, P. O. Box 4000, Vacaville, California 95696.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas, at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 14, 2011                /s/ Carlos T. Bea
                                                **Hon. Carlos T. Bea**
                                                U.S. Court of Appeals for the Ninth
                                                Circuit, sitting by designation