IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                    No. 2:08-cv-02480-CTB

    vs.

O. TOWNE; et al.,

    Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On November 5, 2010, Plaintiff moved for a court ordered settlement conference. (Docket No. 42). Defendants filed no opposition to Plaintiff's motion. On November 24, 2010, Defendants moved to declare Plaintiff a vexatious litigant and to require security. (Docket No. 49). On April 15, 2011, this court granted Plaintiff's motion for a settlement conference, holding Defendants' vexatious litigant motion in abeyance. (Docket No. 55). Five weeks later, and just over a week before the scheduled settlement conference, Defendants moved to vacate that settlement conference, requesting this court first address Defendants' vexatious litigant motion. (Docket No. 57).

      Accordingly, IT IS HEREBY ORDERED that:

      1. Given Defendants' failure to oppose Plaintiff's motion for a settlement conference, and Defendants' delay in opposing the settlement conference once it was ordered, Defendants' Motion to Vacate Settlement Conference is DENIED.

      2. This court will continue to hold Defendants' Motion to Declare Plaintiff a

1

Vexatious Litigant and to Require Security (Docket No. 49) and Plaintiff's three Motions to Compel Discovery (Docket No. 33) in abeyance pending the settlement conference.

DATED: May 24, 2011

/s/ Carlos T. Bea
**Hon. Carlos T. Bea**
U.S. Court of Appeals for the Ninth Circuit, sitting by designation