IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

    Defendants.           <u>ORDER</u>

_____/

       Plaintiff is a prisoner who is proceeding in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On April 15, 2011, this court granted Plaintiff's motion for appointment of pro bono counsel and scheduled a settlement conference. (Docket No. 56). On May 31, 2011, this settlement conference took place, but no pro bono counsel had been appointed. Therefore, United States Magistrate Judge Nandor J. Vadas scheduled an additional settlement conference to occur 60 days later. (Docket No. 61). As of the date of this order, this court is actively searching for pro bono counsel to represent Plaintiff.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The settlement conference is continued for an additional 30 days.

       2. Once pro bono counsel is located and appointed, this court shall file an order setting the date and time of the settlement conference.

DATED: July 11, 2011

                                        /s/ Carlos T. Bea
                                        **Hon. Carlos T. Bea**
                                        U.S. Court of Appeals for the Ninth
                                        Circuit, sitting by designation