IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                       No. 2:08-cv-02480-CTB

    vs.

O. TOWNE; et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On April 15, 2011, this court granted Plaintiff's motion for appointment of pro bono counsel. (Docket No. 56). The court has located pro bono counsel willing to represent Plaintiff for the limited purpose of settlement. Plaintiff has also moved this court to consolidate this case with another case pending in this court—*Anderson v. Thomas*, No. 07-02566-GEB-EFB. (Docket No. 63).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Rebecca Weinstein-Hamilton is appointed limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff in settlement negotiations and will terminate thirty days after completion of the settlement conference, or any continuation of the settlement conference.

        2. Rebekah Weinstein-Hamilton shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

        3. The Clerk of the Court is directed to serve a copy of this order upon Rebecca

Weinstein-Hamilton, Caulfield, Davies & Donahue, LLP, Post Office Box 277010, Sacramento, California 95827.

      4.  Plaintiff's motion to consolidate this case with *Anderson v. Thomas*, No. 07-02566-GEB-EFB, is DENIED because the two cases do not "involve a common question of law or fact." Fed. R. Civ. P. 42(a).

DATED: July 26, 2011

/s/ Carlos T. Bea
**Hon. Carlos T. Bea**
U.S. Court of Appeals for the Ninth Circuit, sitting by designation