**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7 EUREKA DIVISION

8

9 JULIUS ANDERSON,                                   No. 08-2480 CTB (NJV)

10          Plaintiff,                               NOTICE AND ORDER SETTING
                                                     SETTLEMENT CONFERENCE IN
11     v.                                            PRO SE PRISONER EARLY
                                                     SETTLEMENT PROGRAM
12 O. TOWNE, et al.,

13          Defendants.
   _____/

14

15

16 TO ALL PARTIES AND COUNSEL OF RECORD:

17          You are hereby notified that a settlement conference is scheduled for 11:00 a.m. on

   Wednesday, October 26, 2011, at Solano State Prison.

18
           Lead trial counsel shall appear at the settlement conference with the parties and persons
19
   having **full authority** to negotiate and settle the case.  **A person who needs to call another person**
20
   **not present before agreeing to any settlement does not have full authority.  To the extent that**
21
   **such consultations are necessary, they must be made in advance of the settlement conference.**
22
           Personal attendance of a party representative will rarely be excused by the Court, and then
23
   only upon separate written application demonstrating substantial hardship served on opposing
24
   counsel and lodged as early as the basis for the hardship is known.
25
           Confidential settlement conference statements shall be mailed or emailed
26
   (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the
27
   settlement conference.
28

1        Any request to continue the settlement conference shall state the reason therefor and be

2  submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests

3  to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

4        The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

5  case settles prior to the date set for the settlement conference.

6

7  IT IS SO ORDERED.

8

  Dated: July 26, 2011

9                                   _____

10                              NANDOR J. VADAS
                                 United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2