IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,               No. 2:08-cv-02480-CTB

    vs.

O. TOWNE; et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On April 15, 2011, this court granted Plaintiff's motion for appointment of pro bono counsel. (Docket No. 56). The court has located pro bono counsel willing to represent Plaintiff.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Rebecca Weinstein-Hamilton is appointed counsel for all purposes in the above-entitled matter.

        2. Rebecca Weinstein-Hamilton shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

        3. The Clerk of the Court is directed to serve a copy of this order upon Rebecca Weinstein-Hamilton, Caulfield, Davies & Donahue, LLP, Post Office Box 277010, Sacramento, California 95827.

DATED: December 5, 2011

                              /s/ Carlos T. Bea
                              **Hon. Carlos T. Bea**
                              U.S. Court of Appeals for the Ninth
                              Circuit, sitting by designation