IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                          No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

    Defendants.                     <u>ORDER</u>

    Plaintiff is a prisoner who is proceeding in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

    The court is in receipt of Defendant's motion to declare Plaintiff a vexatious litigant, filed November 24, 2010, and held in abeyance pending the settlement conference, which took place on October 26, 2011. Plaintiff's opposition or statement of non-opposition is due by January 31, 2012. Defendant's response, if any, is due by February 7, 2012. The court will set a hearing for the motion at a later time if it deems a hearing necessary.

    SO ORDERED.

DATED: January 17, 2012

                                              /s/ Carlos T. Bea

                                              CARLOS T. BEA
                                              United States Circuit Judge,
                                                  sitting by designation