IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                             No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

    Defendants.                         <u>ORDER</u>

    Plaintiff Julius Anderson is a prisoner who is now represented by counsel appointed by order of this court on December 5, 2011. Plaintiff has moved for leave to file his Seventh Amended Complaint.

    Plaintiff's motion for leave to amend is granted. The Seventh Amended Complaint is hereby deemed filed.

    The court held Plaintiff's three motions to compel discovery, filed October 13, 2010, in abeyance pending the settlement conference. Plaintiff is ordered to provide a status update within 10 days of the date of this order stating whether he still wishes to pursue these motions.

    SO ORDERED.

DATED: February 6, 2012

                                                        /s/ Carlos T. Bea
                                                        CARLOS T. BEA
                                                        United States Circuit Judge,
                                                            sitting by designation