IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Julius Anderson

        Plaintiff(s)

vs.

O. Towne, et al

        Defendants.

No. CIV S 2:08-cv-08-02480 CTB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, REBECCA WEINSTEIN-HAMILTON, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on DECEMBER 6, 2011, by the Honorable CARLOS T. BEA, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

I have retained and disclosed Paul L. Bishop, Architect, an expert in Americans With Disabilities ("ADA") issues regarding ADA issues concerning the subject prisoner's shower area where Plaintiff was injured, and the effect of the failure of the California Medical Facility to perform its maintenance duties pursuant to its own maintenance policy and procedures.

The attached represents the reasonable cost for Mr. Bishop's review of documents and creation of the Rule 26 Report. Any further fees will be based on cost to prepare for deposition (if noticed) and for trial (if case does not settle before then.) Mr. Bishop's fee schedule is attached along with his current invoice.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2000.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: CIV S 2:08-cv-02480

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $869.00 | Paul L. Bishop, Architect - Review of documents and Report | $869.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of June, 20 12, at Folsom, California.

Rebecca Weinstein-Hamilton

*Rebecca Weinstein-Hamilton*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 6/18/12

*Carlos Bea*
United States District Judge/Magistrate