IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>O. TOWNE; et al.,<br><br>        Defendants. | No. CV 08-2480 CTB<br><br>ORDER |

    Plaintiff is a prisoner seeking relief pursuant to 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment or summary adjudication of issues. The plaintiff has filed an opposition to that motion. The court will hold a hearing on that motion and any other duly noticed pending motions, if any, on April 24, 2013, at 10 AM PDT. The hearing will be held via video conference. The judge will appear by video.

Accordingly, IT IS HEREBY ORDERED that:

    (1) The parties or their attorneys appear for the hearing on April 24, 2013, at 10 AM PDT at:

        Robert T. Matsui United States Courthouse
        501 I Street, Courtroom 9, 13th floor
        Sacramento, CA 95814.

    (2) Because Anderson is represented by counsel, he does not need to appear at the hearing.

DATED: April 4, 2013

_____
CARLOS T. BEA
United States Circuit Judge,
   sitting by designation