IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>O. TOWNE; et al.,<br><br>        Defendants. | No. CV 08-2480 CTB<br><br>ORDER |

      The court held a telephonic status conference at 10:00 AM on August 15, 2013. Ms. Weinstein-Hamilton appeared for Plaintiff. Mr. Raeger appeared for Defendants.

IT IS HEREBY ORDERED that:

      (1) All dispositive motions and motions in limine shall be noticed for hearing by October 25, 2013, at 10:00 AM. Any hearing on such motions will be conducted via conference telephone. At present, Defendants intend to file a motion for summary judgment as to Plaintiff's claims based on 42 U.S.C. § 1983. Plaintiff does not contemplate filing any dispositive motions. At present, Defendants intend to file a motion in limine to bar the testimony of Plaintiff's proffered expert witness, on the grounds of inadequate disclosure under Fed. R. Civ. P. 26(a). Plaintiff does not contemplate filing any motions in limine, except for a motion pursuant to Fed. R. Civ. P. 36(a) to deem the Requests for Admissions as admitted because the responses were not verified.

      (2) The parties did not enter into any stipulations as to facts or law, but Defendants do not intend to challenge Plaintiff's exhaustion of California governmental claims requirements. Defendants acknowledge that the time in which to make unenumerated motions under Fed. R. Civ. P. 12 has passed.

      (3) Both parties demand a jury trial on all legal issues.

(4) The Court is unable to set final pre-trial and trial dates at this time. When the Circuit Executive distributes calendars for 2014, the Court will contact counsel by e-mail to suggest final pre-trial and trial dates. Pre-trial and trial dates will probably be set for the spring of 2014.

DATED: August 15, 2013

*Carlos Bea*

CARLOS T. BEA
United States Circuit Judge,
    sitting by designation