IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                                       No. 2:08-cv-02480-CTB

vs.

O. TOWNE; et al.,

    Defendants.                                      <u>ORDER</u>

_____

    This court held a hearing on October 25, 2013 on Defendants' Motion to Preclude Plaintiff's Purported Expert, Paul L. Bishop, From Testifying at Trial.

    The Defendants' above referenced Motion is DENIED.

    The court grants leave for the Defendants to depose Paul Bishop in Sacramento at Plaintiff's cost. The deposition must be completed at least 60 days before trial commences. If Defendants notice his deposition, but Plaintiff does not produce Bishop, Bishop will be prohibited from testifying at trial.

    The Defendants reserve the right to move to bar Bishop from testifying as an expert on any ground other than claimed earlier noncompliance with the opinion disclosure requirements of Federal Rule of Civil Procedure 26.

SO IT IS ORDERED.

DATED: October 28, 2013

*/s/ Carlos Bea*
CARLOS T. BEA
United States Circuit Judge,
sitting by designation