REBECCA WEINSTEIN-HAMILTON (SBN 162699)
LAW OFFICE OF REBECCA HAMILTON
2795 E. BIDWELL STREET, STE. 100-234
FOLSOM, CA 95630-6293
Phone: 916-220-3407
Attorney for Plaintiff, Julius Anderson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF CALIFORNIA
SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| JULIUS ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>O. TOWNE, et al.,<br><br>    Defendants. | Case No. CIV S 2:08-CV-02480 CTB<br><br>[PROPOSED] **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>AS TO <u>JULIUS ANDERSON,<br>CDRC NO. K-33896</u><br><br>TRIAL: April 21, 2014<br>Time:   9:30 am<br>Courtroom: No. 9, 13th Floor<br>Judge:  The Honorable Carlos Bea |

Julius Anderson, inmate CDCR No. **K-33896**, a necessary and material witness in proceedings in this case on April 21, 2014, is confined in California Medical Facility - Vacaville, 1600 California Dr., Vacaville, CA 95696, in the custody of the Warden, Mr. Brian Duffy; in order to secure this inmates's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court, **Courtroom No. 9, 13th Floor, on April 21, 2014 at 9:30 a.m. and continuing throughout the duration of the jury trial.**

/ / /

1

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of his Court is directed to serve a courtesy copy of this order and writ of Writ of Habeas Corpus ad Testificandum on the Out-to-Court Desk, California Medical Facility, Vacaville [P.O. Box 2000, Vacaville, California 95696.

**WRIT OF HAVEAS CORPUS AD TESTIFICANDUM**

**To: Warden of California Medical Facility-Vacaville, 1600 California Dr., Vacaville, CA 95696:**

WE COMMAND you to produce the inmate named above to testify in person before the United States District Court at the time and place able and from day to day until completion of the proceedings or as ordered by the court

FURTHER, you have been order to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

DATED: MAR 2 1 2014         *Carlos Bea*
                           Honorable Carlos Bea
                           **CARLOS T. BEA**
                           United States Circuit Judge

2

Anderson v. Towne, et al
Case No. CIV S 2:08-CV-02480 CTB
[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM