

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Julius Anderson

              Plaintiff(s)

vs.

O. Towne

              Defendants.

No. 2:08-cv-2480 CTB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Rebecca Weinstein-Hamilton, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on December 6, 2011, by the Honorable Carlos T. Bea, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> This court granted leave for defendants to take the deposition of Plaintiff's expert, Paul L. Bishop, at plaintiff's expense. The deposition was taken on February 4, 2014.
>
> Mr. Bishop did not include plane transportation costs, as he was provided those costs by another party that had retained his serves for the period commencing Feb. 5, 2014. We agreed that he would be reimbursed for the additional night stay that was not covered by the other party.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,589.25.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:08-cv-08-02480

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $1480.00 | Deposition of Paul Bishop | |
| $109.25 | Travel expenses | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of April, 20 14, at Folsom, California.

*Rebecca Weinstein-Hamilton*

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 4 april 2014

*Carlos Bea*
United States District Judge/Magistrate Judge