UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF CALIFORNIA
SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| JULIUS ANDERSON,<br><br>   Plaintiff,<br><br>v.<br><br>O. TOWNE, et al.,<br><br>   Defendants. | Case No. CIV S 2:08-CV-02480 CTB<br><br>**ORDER** |

On April 21, 2014, Defendants' Motion in Limine to Preclude Plaintiff's Expert Paul Bishop from Testifying came before the court for hearing. Defendants were represented by Kevin W. Reager, Deputy Attorney General. Plaintiff was represented by Rebecca Weinstein-Hamilton.

Following argument on the issues raised, the court denied Defendant's motion with one proviso, specifically that Mr. Bishop is barred from testifying [if his opinions are based on] any reliance on certain photographs taken by him in 2010 unless same are made available to Defendants prior to commencement of the trial.

---

1

**ANDERSON V. TOWNE**, *et al*
Case No. CIV S 2:08-CV-02480 CTB
**ORDER**

Subject to the exception, Defendants' Motion in Limine to Preclude Plaintiff's Expert Paul Bishop from testifying is DENIED.

DATED: APR 1 6 2014

_____
HON. CARLOS T. BEA
U.S. Court of Appeals for the Ninth Circuit,
sitting by designation