

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Julius Anderson

        Plaintiff(s)

vs.

O. Towne

        Defendants.

No. 2:08-cv-2480 CTB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Rebecca Weinstein-Hamilton, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on December 6, 2011, by the Honorable Carlos T. Bea, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Plaintiff's original estimate for the costs associated with his retained expert, Paul L. Bishop proved inadequate. Plaintiff requests pre-approval of the estimated costs for Mr. Bishop to travel to Sacramento and his appearance for the trial of this matter. The request includes the estimate costs of round trip transportation from San Diego to Sacramento and at least one overnight stay, estimated preparation time, and time for his testimony. This is a request for authority to incur the costs only and is not a present request for reimbursement.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2970.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:08-cv-2480 CTB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $550.00 | Air transportation | |
| $200.00 | Hotel | |
| $740.00 | Trial Preparation - 4 hours at $185 / hour. | |
| $1,480.00 | Trial testimony - 8 hours at $185 / hour. | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1 day of April, 20 14, at Folsom, California.

_Rebecca Stewart Hamilton_ (signature)
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____

Dated: APR 16 2014

_Carlos Bea_ (signature)
United States District Judge/Magistrate Judge